Crotty, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 2, 2014

ARBERIE KARACICA,

            Plaintiff,

v.

HIGHGATE HOTELS, LP; TIMES SQUARE JV,
LLC d/b/a CROWNE PLAZA TIMES SQUARE,
MANHATTAN; *and* INTERCONTINENTAL
HOTELS GROUP RESOURCES, INC., a/k/a
CROWNE PLAZA TIMES SQUARE,

            Defendants.
------------------------------------------------------------------x

14 CV 5722 (PAC-HBP)

**STIPULATION OF DISMISSAL OF CERTAIN ENTITIES WITHOUT PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii), that defendants Intercontinental Hotels Group Resources, Inc. ("IHG") and Times Square JV, LLC ("Times Square"), are hereby dismissed from the above-captioned matter, without prejudice, and with each party to bear their own fees and costs. The parties further stipulate and agree that Karacica has the right to replead her claims against IHG and Times Square.

Respectfully submitted,

Dated: New York, New York  
August 2̶7̶, 2014

THE HARMAN FIRM, PC

By: _____  
Walker G. Harman, Jr.  
Owen Laird  
1776 Broadway, Suite 2030  
New York, New York 10019  
212-425-2600

*Attorney for Plaintiff*

Dated: New York, New York  
August 28, 2014

OGELTREE, DEAKINS, NASH,  
SMOAK & STEWART, P.C.

By: _____  
Brian J. Gershengorn  
Allison E. Ianni  
1745 Broadway, 22nd Floor  
New York, New York 10019  
212-492-2500

*Attorneys for Defendants*

SO ORDERED:

Dated: New York, New York  
~~August ___, 2014~~

_____  09/02/2014  
Paul A. Crotty  
United States District Judge