Crotty, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 2, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ARBERIE KARACICA,

    Plaintiff,

v.

HIGHGATE HOTELS, LP; TIMES SQUARE JV,
LLC d/b/a CROWNE PLAZA TIMES SQUARE,
MANHATTAN; *and* INTERCONTINENTAL
HOTELS GROUP RESOURCES, INC., a/k/a
CROWNE PLAZA TIMES SQUARE,

    Defendants.
---------------------------------------------------------------x

14 CV 5722 (PAC-HBP)

**STIPULATION** & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that the time for defendant Highgate Hotels, LP ("Defendant") to answer, move or otherwise respond to plaintiff Arberie Karacica's ("Plaintiff") Complaint is extended from August 28, 2014, up to and including September 11, 2014. The parties further stipulate and agree that Defendant's counsel shall confer with Plaintiff's counsel on or before September 3, 2014 if they plan to make a motion in lieu of answering.

Dated: New York, New York
   August 28, 2014

THE HARMAN FIRM, PC

By: _____
  Walker G. Harman, Jr.
  Owen Laird
1776 Broadway, Suite 2030
New York, New York 10019
212-425-2600

*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _____
  Brian J. Gershengorn
  Allison E. Ianni
1745 Broadway, 22nd Floor
New York, New York 10019
212-492-2500

*Attorneys for Defendants*

SO ORDERED - 09/02/14

_____
Paul A. Crotty, U.S.D.J