# THE HARMAN FIRM, PC
**Attorneys & Counselors At Law**
www.theharmanfirm.com

January 23, 2015

**VIA ECF and First Class Mail**

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Arberie Karacica v. Highgate Hotels LP* **14-cv-05722 (PAC)(HBP)**
*Status Report Regarding Court Mandated Mediation*

Dear Judge Crotty:

We represent the Plaintiff in the above-referenced employment action for pregnancy discrimination and violations of the FMLA. On January 12, 2015, the Parties participated in a mediation session pursuant to the Court's Order dated November 5, 2014. The mediation did not result in a settlement. This case was filed in July of last summer, and the Plaintiff eagerly wishes to proceed with litigation. Accordingly, we respectfully request that the Court schedule an Initial Conference for the above-referenced matter at the Court's earliest convenience.

Respectfully Submitted,

*[signature]*
Walker G. Harman, Jr.

cc: Brian J. Gershengorn, Esq. (Via ECF)
Allison E. Ianni, Esq. (Via ECF)

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926